RATTET PLLC
*Proposed Attorneys for the Debtor*
202 Mamaroneck Avenue, Suite 300
White Plains, New York 10601
(914) 381-7400
Robert L. Rattet, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

MAJID TAVAKOLIAN,   Chapter 11
   Case No. 19-13696
                    Debtor.
-------------------------------------------------------------------X

## DECLARATION OF MAJID TAVAKOLIAN PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

MAJID TAVAKOLIAN hereby declares and states the following:

1. I submit this Declaration pursuant to Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules") and in support of the Debtor's Chapter 11 voluntary petition filed with this Court.

2. Part I of this Declaration describes the Debtor's financial affairs and circumstances leading to the commencement of this Chapter 11 case. Part II provides information required by Local Bankruptcy Rule 1007-2.

# PART I

## BACKGROUND

3. I am an entrepreneur and a 50% owner of a business that specializes in the wholesaling of safety and laboratory supplies.

4. My first wholesale business, Arjmed, Inc., experienced financial difficulties in connection with its business dealings in Egypt which were hurt by the political strife and currency devaluation affecting Egypt from the late 2000s on.

5. In 2009, I started to fall behind in the mortgage payments on my personal residence located at 1080 Madison Avenue, Unit 2B, a condo unit which I exclusively own and reside at with my spouse.

6. In 2011, the mortgagee commenced and then voluntarily dismissed a foreclosure action but commenced a new action in 2015.

7. In 2016 and 2017 my income stabilized but by that time I was too far in arrears to afford a full reinstatement or obtain a dismissal of the foreclosure action.

8. Ultimately, Bank of New York Mellon as assignee of Countrywide Bank obtained a foreclosure judgment against me and scheduled a sale for November 20, 2019.

9. I now have sufficient income to service the mortgage and pay all my other debts as they become due.

10. I wish to seek a modification of my mortgage though the Chapter 11 process and can demonstrate sufficient income for such a modification.

11. I intend to repay all of my creditors in full.

12. I therefore filed for bankruptcy protection to be able preserve the equity in my assets formulate an equitable repayment plan for all of my creditors.

2

# PART II

## INFORMATION REQUIRED BY LOCAL BANKRUTPCY RULE 1007

13. In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information related to the Debtor, which is set forth below.

**Local Rule 1007-2(a)(1)**

14. I filed for Chapter 11 as a result of a long pending foreclosure action which initially started back in 2011 after I experienced a loss in my business, causing me to become delinquent in the payment of my mortgage and certain income taxes.

**Local Rule 1007-2(a)(2)**

15. This case was not originally commenced under Chapter 7 or 13 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Bankruptcy Code").

**Local Rule 1007-2(a)(3)**

16. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-2(a)(4)**

17. A consolidated list of the names and addresses of the Debtor's 20 largest unsecured claims, excluding "insiders" as that term is defined in § 101(31) of Bankruptcy Code is annexed hereto as **Schedule I**.

**Local Rule 1007-2(a)(5)**

18. A list of the names and addresses of the five largest secured creditors is annexed hereto as **Schedule II**.

**Local Rule 1007-2(a)(6)**

19. A summary of the Debtor's assets and liabilities is annexed as **Schedule III**.

**Local Rule 1007-2(a)(7)**

20. There are no publicly held securities of the Debtor.

**Local Rule 1007-2(a)(8)**

21. None of the Debtor's property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-2(a)(9)**

22. The Debtor owns and resides at 1080 Madison Avenue, Unit 2B, New York, New York 10028.

**Local Rule 1007-2(a)(10)**

23. The Debtor's substantial assets, as well as books and records are located at 1080 Madison Avenue, Unit 2B, New York, New York 10028.

**Local Rule 1007-2(a)(11)**

24. The only legal action currently pending against the Debtor is *Bank of New York Mellon v. Tavakolian*, a foreclosure action against my residence pending in the Supreme Court, New York County under Index No. 850169/2015.

**Local Rule 1007-2(a)(12)**

25. Not applicable.

**Local Rule 1007-2(b)(1)**

26. My current estimated gross income is $35,000 per month.

**Local Rule 1007-2(b)(2)**

27. Not applicable.

**Local Rule 1007-2(b)(3)**

28. The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition, other than professional fees, is annexed as **Schedule IV**.

## CONCLUSION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       November 18, 2019

                              */s/ Majid Tavakolian*
                              Majid Tavakolian

## Schedule I

## List of Debtor's 20 Largest Unsecured Creditors

**SEE ATTACHED**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Majid Tavakolian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**
American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

What is the nature of the claim?    $ $64,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $
   Value of security:    - $
   Unsecured claim    $

Contact

Contact phone

**2**
American Express
Attn: US Payments FL
P.O. Box 1270
Newark, NJ 07101-1270

What is the nature of the claim?    $ $1,073.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $
   Value of security:    - $
   Unsecured claim    $

Contact

Contact phone

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Majid Tavakolian  Case number *(if known)*

| 3 | | |
|---|---|---|
| | **Citibank**<br>PO Box 6241<br>Sioux Falls, SD 57117 | What is the nature of the claim?  $ $12,025.00<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)   $<br>    Value of security:    - $<br>    Unsecured claim    $ |
| | Contact | |
| | Contact phone | |

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  /s/ Majid Tavakolian                          X _____
   **Majid Tavakolian**                              Signature of Debtor 2
   Signature of Debtor 1

   Date  **November 18, 2019**                    Date _____

## Schedule II

## List of Debtor's 5 Largest Secured Creditors

NONE

Fill in this information to identify your case:

Debtor 1: **Majid Tavakolian**
First Name / Middle Name / Last Name

Debtor 2: (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Bank of New York Mellon**<br>Creditor's Name<br>**Specialized Loan Servicing**<br>**P.O. Box 636005**<br>**Littleton, CO 80163-6005**<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred | Describe the property that secures the claim:<br>1080 Madison Ave. Unit 2B, Ny, NY 10028<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset) Mortgage<br><br>Last 4 digits of account number   0879 | $2,100,000.00 | $2,600,000.00 | $0.00 |
| **2.2** **First County Bank**<br>Creditor's Name<br><br>**P.O. Box 1415**<br>**Stamford, CT 06904-1415**<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred | Describe the property that secures the claim:<br>67 Benedict Hill Rd, New Canaan, CT 06840<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset) Mortgage<br><br>Last 4 digits of account number   6239 | $630,000.00 | $1,350,000.00 | $0.00 |

| Debtor 1 | Majid Tavakolian | | Case number (if known) | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.3 | Internal Revenue Service | Describe the property that secures the claim: | $300,000.00 | $4,023,188.37 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**All Assets**

**Special Procedures**
**P.O. Box 21126**
**Philadelphia, PA 19114**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Federal Tax Liens**

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here: **$3,030,000.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$3,030,000.00**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Davidson Fink LLP**
**28 East Main Street**
**Suite 1700**
**Rochester, NY 14614-1990**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Internal Revenue Service**
**135 High Street**
**Stop 155**
**Hartford, CT 06103**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number ___

## Schedule III

## Debtor's Summary of Asset and Liabilities as of 11/18/19

**SEE ATTACHED**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Majid** First Name | **Tavakolian** Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B......................................................... $ 3,950,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B............................................. $ 73,188.37

   1c. Copy line 63, Total of all property on Schedule A/B...................................................... $ 4,023,188.37

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 3,030,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ $ 77,098.00

   **Your total liabilities** $ 3,107,098.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................ $ 72,500.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.................................................. $ 65,553.50

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum       Summary of Your Assets and Liabilities and Certain Statistical Information       page 1 of 2

Debtor 1 **Majid Tavakolian** Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 35,000.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

## Schedule IV

## 30 Day Budget

**SEE ATTACHED**

Fill in this information to identify your case:

Debtor 1: Majid Tavakolian

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number: _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | Director | Real Estate Agrent |
| Employer's name | Tava Products | Campus Realty |
| Employer's address | 687 Lofstrand Lane, Unit A<br>Rockville, MD 20850 | 10 East 53rd Street<br>New York, NY |
| How long employed there? | 8 yers | 18 months |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 35,000.00 | $ 37,500.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 35,000.00 | $ 37,500.00 |

Debtor 1  Majid Tavakolian

Case number (if known) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 35,000.00 | $ 37,500.00 |

5. List all payroll deductions:
   - 5a. Tax, Medicare, and Social Security deductions — 5a. $ 0.00 — $ 0.00
   - 5b. Mandatory contributions for retirement plans — 5b. $ 0.00 — $ 0.00
   - 5c. Voluntary contributions for retirement plans — 5c. $ 0.00 — $ 0.00
   - 5d. Required repayments of retirement fund loans — 5d. $ 0.00 — $ 0.00
   - 5e. Insurance — 5e. $ 0.00 — $ 0.00
   - 5f. Domestic support obligations — 5f. $ 0.00 — $ 0.00
   - 5g. Union dues — 5g. $ 0.00 — $ 0.00
   - 5h. Other deductions. Specify: _____ — 5h.+ $ 0.00 + $ 0.00

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. — 6. $ 0.00 — $ 0.00
7. Calculate total monthly take-home pay. Subtract line 6 from line 4. — 7. $ 35,000.00 — $ 37,500.00

8. List all other income regularly received:
   - 8a. Net income from rental property and from operating a business, profession, or farm
     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. — 8a. $ 0.00 — $ 0.00
   - 8b. Interest and dividends — 8b. $ 0.00 — $ 0.00
   - 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. — 8c. $ 0.00 — $ 0.00
   - 8d. Unemployment compensation — 8d. $ 0.00 — $ 0.00
   - 8e. Social Security — 8e. $ 0.00 — $ 0.00
   - 8f. Other government assistance that you regularly receive
     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
     Specify: _____ — 8f. $ 0.00 — $ 0.00
   - 8g. Pension or retirement income — 8g. $ 0.00 — $ 0.00
   - 8h. Other monthly income. Specify: _____ — 8h.+ $ 0.00 + $ 0.00

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. — 9. $ 0.00 — $ 0.00

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. — 10. $ 35,000.00 + $ 37,500.00 = $ 72,500.00

11. State all other regular contributions to the expenses that you list in *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____ — 11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies — 12. $ 72,500.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1: **Majid Tavakolian**

Debtor 2:
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
    
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

    Do not list Debtor 1 and Debtor 2. ☑ Yes. Fill out this information for each dependent..........
    
    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | Son | 18 | ☐ No ☑ Yes |
    | Daughter | 20 | ☐ No ☑ Yes |
    |  |  | ☐ No ☐ Yes |
    |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ☑ No ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $    11,629.00

    If not included in line 4:
    
    4a. Real estate taxes    4a. $    0.00
    4b. Property, homeowner's, or renter's insurance    4b. $    340.00
    4c. Home maintenance, repair, and upkeep expenses    4c. $    0.00
    4d. Homeowner's association or condominium dues    4d. $    2,500.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $    6,747.00

Debtor 1  Majid Tavakolian                                  Case number (if known) _____

| | | | |
|---|---|---|---:|
| 6. | Utilities: | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 900.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 350.00 |
| | 6d. Other. Specify: _____ | 6d. $ | 0.00 |
| 7. | Food and housekeeping supplies | 7. $ | 1,000.00 |
| 8. | Childcare and children's education costs | 8. $ | 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $ | 300.00 |
| 10. | Personal care products and services | 10. $ | 0.00 |
| 11. | Medical and dental expenses | 11. $ | 1,600.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 1,500.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ | 500.00 |
| 14. | Charitable contributions and religious donations | 14. $ | 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 1,000.00 |
| | 15c. Vehicle insurance | 15c. $ | 0.00 |
| | 15d. Other insurance. Specify: Dental; miscellaneous | 15d. $ | 250.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: Estimated Taxes (husband) | 16. $ | 10,937.50 |
| | Specify: Estimated Taxes (wife) | $ | 12,000.00 |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d. Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | $ 19. | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | Other: Specify: Dependant Expenses | 21. +$ | 2,000.00 |
| | Tuition | +$ | 12,000.00 |
| 22. | Calculate your monthly expenses | | |
| | 22a. Add lines 4 through 21. | $ | 65,553.50 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 65,553.50 |
| 23. | Calculate your monthly net income. | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 72,500.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 65,553.50 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | 6,946.50 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.  Explain here: